IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL BASOLA SOBAYO,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. BANK NATIONAL ASSOCIATION, as trustee, MOMEQ SERVICING, OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, THE ENDRES LAW FIRM A PROFESSIONAL CORPORATION, APC CA BAR NO. 123564,<br><br>    Defendants.<br>_____/ | No. C 10-03941 WHA<br><br>**ORDER TO SHOW CAUSE AND VACATING HEARING** |

      This action was removed to federal district court on August 31, 2010. Shortly thereafter, defendants filed a motion to dismiss on the grounds that *pro se* plaintiff Nathaniel Basola Sobayo lacks standing to bring any of the claims alleged in the first amended complaint. Specifically, the operative complaint is allegedly based entirely upon home loans to which plaintiff *was not even a party*. Even more bizarre, the original complaint filed by Mr. Sobayo — which apparently bears no resemblance to the operative complaint — supposedly alleged claims that were completely barred by *res judicata*. According to defendants, Mr. Sobayo filed an identical lawsuit against defendants over one year ago regarding the same conduct in the instant action, and it was dismissed by the Honorable Judge Marilyn Hall Patel due to plaintiff's failure to file an opposition brief to defendants' motion to dismiss (CV 09-03045, Dkt. No. 15).

History may be repeating itself. On October 14, 2010, Mr. Sobayo's opposition to defendants' motion to dismiss in the instant action was due. Plaintiff missed the deadline, and as of the date of this order, no opposition brief has been received. Mr. Sobayo is therefore **ORDERED TO SHOW CAUSE** why defendants' motion to dismiss should not be treated as unopposed and granted in full. If no response to this motion from Mr. Sobayo is received by the Court **BY FRIDAY, NOVEMBER 5, 2010**, defendants' motion will be granted and all claims asserted in the operative complaint will be dismissed with prejudice.

The hearing originally scheduling on this motion for November 4, 2010, is **VACATED**.

**IT IS SO ORDERED.**

Dated: October 18, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2