IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL BASOLA SOBAYO,

    Plaintiff,

  v.

U.S. BANK, N.A., DBA HOMEQ SERVICING, OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, THE ENDRES LAW FIRM, and DAVID ENDRES,

    Defendants.
                              /

No. C 10-03941 WHA

**ORDER SETTING HEARING ON MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

On November 29, 2010, plaintiff Nathaniel Basola Sobayo filed a motion for leave to file an amended complaint. Sobayo's motion did not notice a date and time for a hearing on the motion. The Court therefore will the motion at **8:00 AM ON JANUARY 6, 2010**. Any oppositions to the motion are due on **DECEMBER 16, 2010**. Any reply from Sobayo in support of his motion is due on **DECEMBER 23, 2010**.

**IT IS SO ORDERED.**

Dated: December 2, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE