FILED
2011 JAN 26 P 1:25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

original

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL BASOLA SOBAYO

                      Plaintiff,

vs.

U.S.BANK National Association, et al.

                      Defendant.

CASE NO. CV-10-03941 WHA

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, Nathaniel Basola Sobayo, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?              Yes ___ No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____
_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 |
3 |
4 |
5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:
7 |     a.   Business, Profession or                Yes ___  No ✔
8 |          self employment?
9 |     b.   Income from stocks, bonds,             Yes ___  No ✔
10|          or royalties?
11|     c.   Rent payments?                          Yes ___  No ✔
12|     d.   Pensions, annuities, or                 Yes ___  No ✔
13|          life insurance payments?
14|     e.   Federal or State welfare payments,     Yes ___  No ✔
15|          Social Security or other govern-
16|          ment source?
17| If the answer is "yes" to any of the above, describe each source of money and state the amount
18| received from each.
19|
20|
21| 3.    Are you married?                           Yes ✔  No ___
22| Spouse's Full Name: Dorothy Lola Sobayo
23| Spouse's Place of Employment: Space Systems Loral
24| Spouse's Monthly Salary, Wages or Income:
25| Gross $ 5,000.00                    Net $ 3200.00
26| 4.    a.   List amount you contribute to your spouse's support:$ 0
27|       b.   List the persons other than your spouse who are dependent upon you for support
28|            and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1   children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2   Marie Sobayo, Mola Sobayo, grandchildren, SM.13yrs,YM.09yrs,OM06yrs,HM05yrs,HM04yrs,SM.1month,
3   housing supports, childcare supports, homeschooling supports,transportation supports, et al
4   5.   Do you own or are you buying a home?         Yes ___  No ✔
5   Estimated Market Value: $_____ Amount of Mortgage: $_____
6   6.   Do you own an automobile?                    Yes ✔  No ___
7   Make BMW          Year 1994          Model 325 IS
8   Is it financed? Yes ___  No ✔  If so, Total due: $ 0
9   Monthly Payment: $ 0
10  7.   Do you have a bank account? Yes ___ No ✔ (Do not include account numbers.)
11  Name(s) and address(es) of bank: _____
12  
13  Present balance(s): $_____
14  Do you own any cash? Yes ✔ No ___ Amount: $ 10.00
15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16  market value.)                                    Yes ✔  No ___
17  Very Old & totally depreciated personal belongings and some old clothings et al.
18  8.   What are your monthly expenses?
19  Rent: $ 1500.00                Utilities: $350.00
20  Food: $ 500.00                 Clothing: $100.00
21  Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| Capital One Credit Card | $ 15.00 | $ 500.00 |
| Household Bank Credit Card | $ 14.00 | $ 300.00 |
| Chase Bank Credit Card | $ 20.00 | $ 450.00 |

26  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
27  they are payable. Do not include account numbers.)
28  Joint Monthly debts laundry,Cleaning,Medical,Dental,Life & Healthy Insurance,Transportation,gas,repairs,

- 3 -

State FTBoard back taxes, IRSback taxes, Pmt on '04 PTCruser, for a total month debts = $4,910.00

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ☐ No ✔

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

1-25-2011

DATE                    SIGNATURE OF APPLICANT